589 S.E.2d 188

**The STATE, Petitioner,**

v.

**Leonard BROWN, Respondent.**

**No. 25749.**

Supreme Court of South Carolina.

Heard Nov. 5, 2003.

Decided Nov. 10, 2003.

Teresa A. Knox, Deputy Director for Legal Services, Legal Counsel Tommy Evans, Jr., and Legal Counsel J. Benjamin Aplin, all of S.C. Dept. of Probation, Parole & Pardon Services, of Columbia, for Petitioner.

Deputy Chief Attorney Joseph L. Savitz, III, of S.C. Office of Appellate Defense, of Columbia, for Respondent.

PER CURIAM:

We granted certiorari to review the decision of the Court of Appeals in *State v. Brown*, 349 S.C. 414, 563 S.E.2d 339 (Ct.App.2002). After careful consideration of the Appendix and briefs, we dismiss certiorari as improvidently granted.

Certiorari Dismissed as Improvidently Granted.

TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.